

FEB 28 2018

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | UNDER SEAL |
| MICROSOFT CORPORATION FOR INFORMATION ASSOCIATED WITH MICROSOFT E-MAIL ACCOUNTS STATICLINEINC@HOTMAIL.COM AND ELECTRICSUV@HOTMAIL.COM, AS IDENTIFIED IN ATTACHMENT A-1 | CASE NO. 3:18 mj 63-1 <br><br> CASE NO. 3:18 mj 63-2 |
| YAHOO! INC. FOR INFORMATION ASSOCIATED WITH YAHOO! INC. E-MAIL ACCOUNTS NIYATO@YAHOO.COM AND KMDREAM@YAHOO.COM, AS IDENTIFIED IN ATTACHMENT A-2 | |

## GOVERNMENT'S MOTION TO SEAL

NOW COMES the United States of America, by and through Sandra Moser, Acting Chief, Criminal Division, Fraud Section, and R. Andrew Murray, United States Attorney for the Western District of North Carolina, and respectfully moves this Honorable Court for an Order sealing the application for a search warrant, the search warrant, and supporting affidavit submitted in connection with the above-referenced matter. These documents contain information regarding an ongoing investigation, the existence of which is not yet known to the potential targets. Disclosure of these documents to the public could disrupt the investigation.

WHEREFORE, the government respectfully asks the Court to place all documents submitted in connection with this matter, along with this motion, under seal until further order of the Court.

| | |
|---|---|
| R. ANDREW MURRAY<br>UNITED STATES ATTORNEY<br><br>SANDRA MOSER<br>ACTING CHIEF, FRAUD SECTION<br>CRIMINAL DIVISION<br>U.S. DEPARTMENT OF JUSTICE | /s/<br>CHRISTOPHER FENTON<br>Trial Attorney<br>christopher.fenton@usdoj.gov<br>WILLIAM H. BOWNE<br>william.bowne2@usdoj.gov<br>Trial Attorney<br>Fraud Section, Criminal Division<br>United States Department of Justice<br>1400 New York Avenue, NW<br>Washington, D.C. 20005<br>Direct Line: (202) 514-0561 |

It is so **ORDERED**, this 28th day of February, 2018:

_____
Hon. David C. Keesler
United States Magistrate Judge