**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:18-MJ-063-DCK**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH )<br>WARRANT OF MICROSOFT )<br>CORPORATION FOR )<br>INFORMATION ASSOCIATED WITH )<br>MICROSOFT E-MAIL ACCOUNTS )<br>STATICLINEINC@HOTMAIL.COM AND )<br>ELECTRICSUV@HOTMAIL.COM )<br>_____ ) | **UNDER SEAL** |

**ORDER**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order granting a ninety-day extension of the Court's order dated February 28, 2018 (attached hereto as Exhibit A) commanding Microsoft Corporation (MICROSOFT CORP.), an electronic communications service provider and/or a remote computing service, not to notify any person, including the subscriber(s) or customer(s) of the staticlineinc@hotmail.com of the existence of the attached search warrant for staticlineinc@hotmail.com (the "Search Warrant") (attached here as Exhibit B).

The Court determines that there is reason to believe that notification of the existence of the Search Warrant will seriously jeopardize the prosecution of certain individuals, including by giving defendants who have not been arrested an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, if they were alerted to the existence of the Search Warrant. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

**IT IS, THEREFORE, ORDERED** under 18 U.S.C. § 2705(b) that MICROSOFT CORP. shall not disclose the existence of the Search Warrant for staticlineinc@hotmail.com until July 26, 2019, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by

the Court, except that MICROSOFT CORP. may disclose the Search Warrant to an attorney for MICROSOFT CORP. for the purpose of receiving legal advice.

**IT IS FURTHER ORDERED** that the application and this Order are sealed until otherwise ordered by the Court.

Signed: June 12, 2019

David C. Keesler
United States Magistrate Judge