IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-MJ-063-DCK *SEALED*

| | |
|---|---|
| IN THE MATTER OF THE SEARCH WARRANT OF MICROSOFT CORPORATION FOR INFORMATION ASSOCIATED WITH MICROSOFT E-MAIL ACCOUNTS STATISLINEINC@HOTMAIL.COM AND ELECTRICSUV@HOTMAIL.COM | ) ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Unseal" (Document No. 11) filed September 4, 2020. Having carefully considered the motion, the record, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Government's Motion To Unseal" (Document No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that the application for search warrants, the search warrants, and supporting affidavits shall be **UNSEALED**.

Signed: October 28, 2020

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.